UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** CR18-293 JRT |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 930(b) |
| v. | ) | |
| CHRISTOPHER DOUGLAS WOOD, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Possession with the Intent to Use a Firearm in a Federal Facility
During the Commission of a Crime)

On or about July 21, 2018, in the State and District of Minnesota, the defendant,

**CHRISTOPHER DOUGLAS WOOD,**

with intent that a firearm and dangerous weapon be used in the commission of a crime, did knowingly possess a firearm in the United States Post Office, a Federal facility located in Minneapolis, Minnesota, in violation of Title 18, United States Code, Section 930(b).

### FORFEITURE ALLEGATIONS

Count 1 of this Information is incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) as incorporated by Title 28, United States Code, Section 2461(c), any firearm with accessories or any

SCANNED
DEC 03 2018
U.S. DISTRICT COURT MPLS

ammunition involved in or used in any willful violation of Title 18, United States Code, Section 930(b), including a Mossberg shotgun bearing serial number V0783307 and all ammunition seized therewith.

Dated:  November 30, 2018

                ERICA H. MacDONALD
                United States Attorney

                BY: Charles J. Kovats, Jr.
                Assistant United States Attorney