Prob 49

| FILED BY CLERK OF COURT |
|---|

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Christopher Douglas Wood

Docket No.0:18CR00293-001

HEARING WAIVER

    I, Christopher Douglas Wood, have been advised and understand that I have statutory right under Rule 32.1, F.R. Crim. P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions.

    I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regards to the following modification of my supervision:

The defendant shall reside for a period of up to 120 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

Signed: _____  
Christopher Douglas Wood

Witness: _____  
Randell W. Nikula  
U.S. Probation Officer

Dated: 5-30-19