Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Christopher Douglas Wood

Docket No. 0864 0:18CR00293-001(JRT)

Petition on Supervised Release

COMES NOW **Randell W. Nikula**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher Douglas Wood** who was sentenced for Possession with Intent to Use a Firearm in a Federal Facility During the Commission of a Crime on May 9, 2019, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Submit to searches
- No contact with victim
- Psychological/psychiatric counseling/treatment
- Take prescribed medication
- Location monitoring with home detention
- Employment required
- Financial disclosure

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Christopher Wood will begin his 4-month imprisonment term on June 17, 2019. He will likely be unable to return to his apartment when he is released from custody and has does not have an approved residence at this time.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall reside for a period of up to 120 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this __14th__ day of __June, 2019__, and ordered filed and made a part of the records in the above case.

s/John R. Tunheim
Honorable John R. Tunheim
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Randell W. Nikula*
Randell W. Nikula
Senior U.S. Probation Officer
Telephone: 651-848-1265

Executed on   June 10, 2019
Place             St. Paul

Approved:

s/ Douglas S. Stevens
Douglas S. Stevens
Supervising U.S. Probation Officer